GEORGE, APPELLANT, *v.* ADMINISTRATOR, BUREAU OF WORKERS' COMPENSATION, ET AL., APPELLEES.

[Cite as *George v. Ohio Bur. of Workers' Comp.* (1998), 81 Ohio St.3d 1258.]

(No. 97–517—Submitted March 4, 1998—Decided April 15, 1998.)

---

*Altick & Corwin Co., L.P.A., Deborah J. Adler* and *Jonathan Freeman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellees.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the judgment of the court of appeals.